UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALONSO-ROSALES (A-Number: 221-468-117),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-02198-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DENYING RESPONDENTS' MOTION TO DISMISS, DIRECTING RESPONDENTS TO PROVIDE AN INDIVIDUALIZED BOND HEARING WITHIN FOURTEEN DAYS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 12 |

Petitioner Mario Alonso-Rosales is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition, denying respondents' motion to dismiss, and directing respondents to provide petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a).  Doc. 12. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On April 23, 2026, respondents filed a one-sentence objection, objecting "[f]or the reasons set forth in Respondents'

1

previous briefing." Doc. 13.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on April 22, 2026, Doc. 12, are ADOPTED in full.

2. The petition for writ of habeas corpus is GRANTED.

3. Respondents' motion to dismiss is DENIED.

4. Respondents are ORDERED to provide petitioner Mario Alonso-Rosales (A-Number: 221-468-117) with a bond hearing before a neutral decisionmaker pursuant to 8 U.S.C. § 1226(a) within fourteen (14) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 48 hours' written notice before the bond hearing. If respondents do not provide petitioner with a bond hearing within fourteen days, then respondents must release him.

5. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   April 27, 2026

_____
UNITED STATES DISTRICT JUDGE

2